| | |
|---|---|
| TANISHA PORTWINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendants. )<br>)<br>) | **ORDER** |

**THIS MATTER** comes before the Court on the "Motion For Admission *Pro Hac Vice* and Affidavit" (DE 3) filed by Paul McChesney, concerning David B. Goetz, on September 20, 2021. David B. Goetz seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (DE 3) is **GRANTED**. David B. Goetz is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**

Signed: November 19, 2021

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge